IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JACOB HUMPHRIES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 115-016 |
| | ) | |
| KESTER HENRY DOZIER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

_____

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**
_____

Plaintiff, proceeding *pro se*, filed the above captioned case pursuant to 42 U.S.C. § 1983 on January 30, 2015. (Doc. no. 1.) Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff had 120 days from the date the complaint was filed to accomplish service. On July 14, 2015, the Court granted Plaintiff an additional 90 days to serve Defendants, and provided Plaintiff with some basic instructions explaining how service could be accomplished. (Doc. no. 5.) On October 26, 2015, after the additional 90 days allowed for service elapsed, the Court directed Plaintiff to show cause why he had not served Defendants. (Doc. no. 6.) The Court gave Plaintiff fourteen days to explain the reasons for the delay and why the case should not be dismissed. (Id. at 2.) Plaintiff has failed to respond to the Show Cause Order, and there is no evidence in the record of any Defendant having been served. (Id.)

Rule 4(m) empowers courts to extend the time for service with no predicate showing of good cause. Henderson v. United States, 517 U.S. 654, 662-63 (1996); Horenkamp v. Van Winkle & Co., 402 F.3d 1129, 1132 (11th Cir. 2005) (permitting extension of 120-day

service period, even in absence of good cause). Thus, if a plaintiff fails to show good cause for failing to timely effect service, a court "must still consider whether any other circumstances warrant an extension of time based on the facts of the case." Lepone-Dempsey v. Carroll County Comm'rs, 476 F.3d 1277, 1282 (11th Cir. 2007).

Here, Plaintiff has not shown good cause for failing to timely effect service or comply with the Court's October 26, 2015 Order, and the Court finds that no other circumstances warrant an extension of the service period. The Court has warned Plaintiff on two separate occasions that failure to effect service would lead to dismissal of the case. (See doc. nos. 5, 6.) Accordingly, the Court **REPORTS** and **RECOMMENDS** that this action be **DISMISSED** without prejudice for failure to timely effect service, and this civil action be **CLOSED**.

SO REPORTED and RECOMMENDED this 12th day of November, 2015, at Augusta, Georgia.

*/s/ Brian K. Epps*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA